PROB 12C
(6/16)

Report Date: February 1, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar T. Rodriguez                     Case Number: 0980 2:10CR00072-FVS-2

Address of Offender:                Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: April 19, 2013

Original Offense:      Possession with Intent to Distribute 5 Grams or More of Actual Methamphetamine, 21
                       U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

Original Sentence:     Prison  - 60 months;              Type of Supervision: Supervised Release
                       TSR - 48 months

Asst. U.S. Attorney:   Lawrence H. Haskell               Date Supervision Commenced: January 5, 2018

Defense Attorney:      Douglas D. Phelps                 Date Supervision Expires: January 4, 2022

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1                    **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local
                     crime.

                     **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.

                     **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition,
                     destructive device, or any other dangerous weapon.

                     **Supporting Evidence**: Mr. Rodriguez is alleged to be in violation of his term of supervised
                     release by having been arrested for possession of a controlled substance - methamphetamine
                     and cocaine, malicious mischief, and two counts of possession of a firearm, Grant County
                     Superior Court cause number 19-00048-13.

                     On January 9, 2018, supervised release conditions were reviewed and signed by Mr.
                     Rodriguez acknowledging his understanding of the above noted mandatory conditions.

                     According to the Superior Court of Washington for Grant County, charges have been filed
                     against the defendant alleging he was in possession of a controlled substance,

Prob12C
Re: Rodriguez, Oscar T.
February 1, 2019
Page 2

methamphetamine, first-degree malicious mischief, two counts second degree unlawful possession of a firearm, and possession of a controlled substance, under cause number 19-1-00048-13. According to the probable cause report, on January 24, 2019, two detectives were sitting on the residence at 165 Carswell Drive, Moses Lake, Washington, awaiting a search warrant when they observed a silver Chevrolet Malibu pull into the driveway of the residence. Upon the detective's approach to the residence, they exited their patrol cars and attempted to make contact with the driver of the vehicle, later identified as Oscar T. Rodriguez. Detectives indicated that when the defendant observed the officers, he got into his vehicle, put it in reverse, and rapidly accelerated backwards nearly missing a detective. The silver Malibu plowed into the front of the detective's patrol car. The detectives were able to detain the defendant and placed him in the back of the patrol car. Also in the silver Malibu was a female passenger later identified as the defendant's girlfriend. The female was asked if the vehicle belonged to her to which she said yes. The Detective asked for her identification or driver's license. She said it was in her purse in the car. The Detective also requested her insurance which she stated was in the glove box and consented those items be retrieved.

Upon further investigation of this incident, one of the detectives observed a black metal tin can that had been described belonging to Mr. Rodriguez. The tin can was opened and the defendant's license was located. The detective also observed a black purse and opened it to retrieve the female's license; the detective immediately recognized a black pistol with a clip inserted in the magazine well. The officer noted he also recognized a black box of ammunition. The detectives made contact with the defendant who admitted that the weapons were his along with the illegal drugs that would be located in the vehicle. The defendant reported that his girlfriend had no idea about the gun that he had placed in her purse. It should be noted that during the search incident to arrest, the detectives located $1,350 in U.S. currency on the defendant's person. According to the report, the defendant reported the money was from his work paycheck. During the search, detectives located two ziploc bags with large crystal shards containing what appeared to be methamphetamine weighing in excess of 200 grams, a digital scale, and approximately 1 ounce of white powder consistent with what appeared to be cocaine, two firearms, and six spent .38 special casings located in the area of the center console.

Mr. Rodriguez was subsequently booked into Grant County Jail. The defendant then posted a $10,000 bail bond the following day and was released from custody.

2    **Mandatory Condition #3**: The defendant shall refrain from any unlawful use of a controlled substance.

**Supporting Evidence**: Mr. Rodriguez is alleged to have consumed marijuana on or about January 26, 2019.

On January 9, 2018, supervised release conditions were reviewed and signed by Mr. Rodriguez acknowledging his understanding of mandatory condition number 3, which prohibits him from unlawful use of a controlled substance.

On January 29, 2019, a home visit was conducted at the defendant's residence. Mr. Rodriguez reported that the day after he posted bail from Grant County Jail, on January 26, 2019, he used marijuana. Mr. Rodriguez stated that he figured he was going to go back to prison due to probation violations so he decided to consume the substance.

Prob12C
**Re: Rodriguez, Oscar T.**
**February 1, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring Oscar T. Rodriguez to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 1, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

February 4, 2019
Date